IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID E. SIERRA-LOPEZ,

    Plaintiff,

v.

    Case No. 21-cv-624-bbc

BROOKE STEINGRAEBER,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

| /s/ | April 5, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |